

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/05/2021

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 19-36202-H2-13 |
| **Fernando Montoya** | § | |
| | § | |
| **Debtor** | § | CHAPTER 13 |

### AGREED ORDER ON DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES
**(Relates to Doc. No. 50)**

Debtor's Objection to the Notice of Mortgage Payment Change of Servis One, Inc. d/b/a BSI Financial Services (herein "BSI Financial Services") has been heard and considered. The parties have announced an agreement as to the Objection and it is the opinion of the Court that the agreement should be granted as set forth below. It is hereby:

**ORDERED** that the Notice of Mortgage Payment Change at docket number 46 is null and void; and

**ORDERED** that the Debtor's ongoing mortgage payment, beginning March 1, 2021, is $2,879.17 (consisting of $1,584.68 in principal and interest, $1,015.36 in base escrow, $219.27 in PMI, and $59.86 in escrow shortage payments). The parties acknowledge that based upon this Order and Trustee's disbursements, the ongoing mortgage payments are overpaid as of the date of this Order; and

**ORDERED** that BSI Financial Services shall apply all previous disbursements pursuant to this Order. Accordingly, the parties acknowledge that Trustee has disbursed sufficient funds to satisfy the ongoing mortgage payments through February 2021 in full and $236.41 towards the March 2021 installment; and

**ORDERED** that so long as there are funds available at disbursement, Trustee shall pay $2,642.76 for the remaining March 2021 installment and shall resume disbursing the full

$2,879.17 monthly payment beginning with the April 2021 installment unless and until BSI Financial Services files an appropriate Notice of Mortgage Payment Change under Bankruptcy Rule 3002.1; and

**ORDERED** that effective March 4, 2021 and continuing thereafter Debtor's plan payment shall be $4,176.92 monthly; and

**ORDERED** that Trustee's Notice of Adjustment to Plan Payment (docket #48) previously filed on December 2, 2020 is withdrawn.

**Signed:  March 05, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

AGREED AS TO FORM AND SUBSTANCE:

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Rebecca Keeling; TBN 24083295
Yolanda Gutierrez; TBN 24041028
Cristina Rodriguez; TBN 24049980
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com


/s/ *Selim Taherzadeh*
Selim Taherzadeh, TBN:24046944
Taherzadeh, PLLC
Tel: (469) 729-6800; Fax (46) 828-2772
15851 N. Dallas Parkway, Suite 410
Addison, Texas 75001
st@taherzlaw.com


/s/Tiffany D. Castro
Kenneth Thomas, TBN: 19857700
Tiffany Castro, TBN: 24052172
Yvonne Valdez, TBN: 24069019
Office of William Heitkamp, Chapter 13 Trustee
9821 Katy Fwy., Ste 590
Houston, TX 77024
Tel: (713) 722-1200; Fax: (713) 722-1211